1  Aaron L. Agenbroad (State Bar No. 242613)
   alagenbroad@jonesday.com
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA 94104
   Telephone:   (415) 626-3939
4  Facsimile:   (415) 875-5700

5  Attorneys for WASHINGTON GROUP
   INTERNATIONAL, INC., A DIVISION OF URS
6  CORPORATION

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 | IN RE: KATRINA CANAL         | Case No. MISC. NO. 08-CV-80007MISC (PJH)
   | BREACHES CONSOLIDATED        |
12 | LITIGATION                   | CERTIFICATE OF SERVICE

13                                  Date:       March 11, 2008
   PERTAINS TO MR-GO               Time:       9:00 a.m.
14                                  Courtroom:  3, 17th Floor
                                    Judge:      Hon. Phyllis J. Hamilton
15 (PENDING IN THE UNITED STATES
   DISTRICT COURT FOR THE
16 EASTERN DISTRICT OF LOUISIANA
   AS CIVIL ACTION NO. 05-4182 "K"
17 (2) BEFORE HON. STANWOOD R.
   DUVAL, JR.,

18

19

20

21

22

23

24

25

26

27

28

SFI-578077v1

CERTIFICATE OF SERVICE FOR
NON-EFILERS 08-CV-80007MISC (PJH)

I, Sandra Altamirano, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. On February 5, 2008, I served a copy of the within document(s) on the **non-efilers** in this case:

1. WASHINGTON GROUP INTERNATIONAL, INC.'S MEMORANDUM IN OPPOSITION TO MOTIONS OF MR-GO PLAINTIFFS TO QUASH, TO "REMIT," AND IN SUPPORT OF CROSS-MOTION TO COMPEL COMPLIANCE WITH THE SUBPOENA

2. DECLARATION OF SHANNON M. KASLEY IN SUPPORT OF WASHINGTON GROUP INTERNATIONAL, INC.'S MEMORANDUM IN OPPOSITION TO MOTIONS OF MR-GO PLAINTIFFS TO QUASH, TO "REMIT," AND IN SUPPORT OF CROSS-MOTION TO COMPEL COMPLIANCE WITH THE SUBPOENA

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by electronically delivering the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

| | |
|---|---|
| Christopher M. Patti (christopher.patti@ucop.edu) University Counsel 1111 Franklin Street, 8th Floor Oakland, California 94607-5200 Telephone: (510) 987-9739 Facsimile: (510) 987-5757 | Joseph M. Bruno (jbruno@jbrunolaw.com) Scott Joanen (scott@jbrunolaw.com) The Law Offices of Joseph M. Bruno 855 Baronne Street New Orleans, Louisiana 70113 Telephone: (504) 525-1335 Facsimile: (504) 561-6775 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on

1  motion of the party served, service is presumed invalid if postal cancellation date or postage
2  meter date is more than one day after date of deposit for mailing in affidavit.
3       I declare that I am employed in the office of a member of the bar of this court at whose
4  direction the service was made.
5       Executed on February 5, 2008, at San Francisco, California.

_____
Sandra Altamirano

SFI-578077v1

3

CERTIFICATE OF SERVICE FOR
NON-EFILERS 08-CV-80007MISC (PJH)