UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | No. C08-80007 MISC PJH (BZ)<br><br>**ORDER MODIFYING BRIEFING SCHEDULE** |

MRGO PSLC's motion to quash the subpoena duces tecum issued by Washington Group International, Inc., and motion to stay records production pending a ruling on the motion to quash has been assigned to me. **IT IS HEREBY ORDERED** as follows:

1. MRGO PSLC's reply, if any, shall be filed by **February 21, 2008**.

The court will determine if a hearing is necessary and notify the parties of the date and time.

Dated: February 13, 2008

                                            _Bernard Zimmerman_
                                            Bernard Zimmerman
                                            United States Magistrate Judge

G:\bzall\-refs\katrina canal breaches litigation\order modifying briefing schedule.wpd