JOSEPH W. COTCHETT (# 36324)
PHILIP L. GREGORY (# 95217)
JOSEPH C. WILSON (# 249027)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 692-0577
E-mail: jcotchett@cpmlegal.com
         pgregory@cpmlegal.com
         jwilson@cpmlegal.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | Case No. 05-4182 "K" (2) Miscellaneous Case No. CV 08 80007 MISC |
|---|---|
| PERTAINS TO MRGO | **PLAINTIFFS' MOTION TO QUASH SUBPOENA ISSUED BY WASHINGTON GROUP INTERNATIONAL, INC. OR, IN THE ALTERNATIVE, MOTION FOR PROTECTIVE ORDER** |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**Plaintiffs' Motion to Quash Subpoena Issued By Washington Group International, Inc. Or, In the Alternative, Motion for Protective Order**, Case No. 05-4182 "K" (2)

**NOW INTO COURT**, comes the MRGO PSLC, on behalf of the putative class, who moves to quash the subpoena duces tecum issued by Washington Group International, Inc., ( hereinafter, "WGII") to Professor Robert Bea, and to contemporaneously stay records production pending a ruling on the instant Motion to Quash; or, in the alternative, to enter a Protective Order for the reasons more fully set forth in Plaintiffs' accompanying Memorandum in Support.

**WHEREFORE**, the MRGO PSLC, on behalf of the putative class, prays that this Honorable Court grant the Motion to Quash, thereby quashing the subpoena duces tecum issued by Washington Group International, Inc. and to contemporaneously stay records production pending a ruling on the Motion to Quash; or, in the alternative, to enter a Protective Order.

Respectfully Submitted,

PLAINTIFFS' LIAISON COUNSEL

/s/    Joseph M. Bruno
JOSEPH M. BRUNO
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno

LA Bar Roll Number: 3604

855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

s/ James Parkerson Roy
JAMES PARKERSON ROY

MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: (337) 233-2796

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

Plaintiffs' Motion to Quash Subpoena Issued By Washington Group International, Inc. Or, In the Alternative, Motion for Protective Order, Case No. 05-4182 "K" (2)    1

For

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE
Jonathan Andry (Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio et al., Pensacola, FL)
Pierce O'Donnell (O'Donnell & Associates, Los Angeles, CA)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**Plaintiffs' Motion to Quash Subpoena Issued By Washington Group International, Inc. Or, In the Alternative, Motion for Protective Order,** Case No. 05-4182 "K" (2)      2

**PROOF OF SERVICE**

I am employed in San Mateo County, which is where service of the document(s) referred to below occurred. I am over the age of 18 and not a party to the within action. My business address is Cotchett, Pitre & McCarthy, San Francisco Airport Center, 840 Malcolm Road, Suite 200, Burlingame, California 94010. I am readily familiar with Cotchett, Pitre & McCarthy's practices for the service of documents. On this date, I served a true copy of the following document(s) in the manner listed below:

**PLAINTIFFS' MOTION TO QUASH SUBPOENA ISSUED BY WASHINGTON GROUP INTERNATIONAL, INC. OR, IN THE ALTERNATIVE, MOTION FOR PROTECTIVE ORDER**

__X__ **BY MAIL:** I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Following that practice, I placed a true copy of the aforementioned document(s) in a sealed envelope, addressed to each addressee, respectively, as specified below. The envelope was placed in the mail at my business address, with postage thereon fully prepaid, for deposit with the United States Postal Service on that same day in the ordinary course of business.

**SEE ATTACHED SERVICE LIST**

____ **BY OVERNIGHT COURIER SERVICE:** I am readily familiar with this firm's practice for causing documents to be served by overnight courier. Following that practice, I caused the sealed envelope containing the aforementioned document(s) to be delivered via overnight courier service to the addressee(s) specified below:

____ **BY FACSIMILE:** I am readily familiar with this firm's practice for causing documents to be served by facsimile. Following that practice, I caused the aforementioned document(s) to be transmitted to the telephone number(s) of the addressee(s) specified below:

____ **BY HAND DELIVERY:** I am readily familiar with this firm's practice for causing documents to be served by hand delivery. Following that practice, I caused the sealed envelope containing the aforementioned document(s) to be hand delivered to the addressee(s) specified below.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed at Burlingame, California, on February 14, 2008.

/s/
_____
MARY ANN BROWN

**PROOF OF SERVICE**

1
2
## SERVICE LIST

3 | **VIA FIRST CLASS MAIL** | *Defense Liaison Counsel*
Ralph S. Hubbard, III
4 | Seth A. Schmeeckle
LUGENBUHL, WHEATON, PECK, RANKIN
5 | & HUBBARD
27th Floor, Pan American Life Center
6 | 601 Poydras Street
New Orleans, Louisiana 70130
7
**VIA FIRST CLASS MAIL** | *Counsel for Washington Group*
8 | William D. Treeby | *International, Inc.*
Heather S. Lonian
9 | STONE, PIGMAN, WALTHER, WITTMAN, LLC
546 Carondelet Street
10 | New Orleans, Louisiana 70130

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**