UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | No. C08-80007 MISC PJH (BZ)<br><br>**CLERK'S NOTICE SCHEDULING MOTIONS** |

**PLEASE TAKE NOTICE** that the discovery motions in this matter shall be heard on **Wednesday, March 5, 2008 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: February 26, 2008

*Rose Maher*
_____
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\-REFS\KATRINA CANAL BREACHES LITIGATION\CLRKS NOTICE SCHED.MOTIONS.wpd

1