UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | No. C08-80007 MISC PJH (BZ)<br><br>**HEARING ORDER** |

At the hearing scheduled for Wednesday, March 5, 2008, the parties should be prepared to discuss the impact, if any, that paragraph 3 titled Production Subpoenas to Non-Parties which appears on pages 29-30 of Case Management and Scheduling Order No. 4 filed in the underlying litigation, has on the subpoenas before the court.

Dated: February 28, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\KATRINA CANAL BREACHES LITIGATION\ORDER.wpd

1