UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | No. C08-80007 MISC PJH (BZ)<br><br>**ORDER REFERRING DISCOVERY MOTION TO MAGISTRATE JUDGE** |

Pursuant to Civil Local Rule 72-1, **IT IS HEREBY ORDERED** that the motion to quash the subpoena served on Professor Bea is referred to Magistrate Judge Bernard Zimmerman for resolution.

Dated: February 28, 2008

_____
Phyllis J. Hamilton
United States District Judge

G:\PJHALL\ORDERS\GENERAL DUTY MATTERS\katrina subpoenas 2-08 gen duty.wpd

1