1   Aaron L. Agenbroad (State Bar No. 242613)
    alagenbroad@jonesday.com
2   JONES DAY
    555 California Street, 26th Floor
3   San Francisco, CA  94104
    Telephone:     (415) 626-3939
4   Facsimile:     (415) 875-5700

5   Attorneys for WASHINGTON GROUP
    INTERNATIONAL, INC., A DIVISION OF URS
6   CORPORATION

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  **IN RE: KATRINA CANAL BREACHES**          **Case No. MISC. NO. 08-CV-**
    **CONSOLIDATED LITIGATION**                 **80007MISC (PJH)**
12
    **PERTAINS TO: MRGO**                       **STIPULATION AND [PROPOSED]**
13                                              **ORDER CONSOLIDATING AND**
    **(PENDING IN THE UNITED STATES**           **MOVING HEARINGS ON**
14  **DISTRICT COURT FOR THE EASTERN**          **DISCOVERY MOTIONS**
    **DISTRICT OF LOUISIANA AS CIVIL**
15  **ACTION NO. 05-4182 "K" (2) BEFORE**       Date:      March 5, 2008
    **HON. STANWOOD R. DUVAL, JR.),**           Time:      10:00 a.m.
16                                              Courtroom: G, 15th Floor
            **Defendant.**                      Judge:     Hon. Bernard Zimmerman
17

18          WHEREAS, the Court has currently scheduled a hearing on the pending Discovery

19  Motions (i.e. the January 22, 2008 MR-GO PSLC Motion to Quash WGII ILIT Subpoena and
20
    Contemporaneous Motion to Stay Production; and the February 5, 2008 WGII Cross-Motion to
21
    Compel UC-Berkeley to Comply with WGII ILIT Subpoena served in connection with MR-GO
22
23  litigation) for March 5, 2008 at 10:00 a.m;

24          WHEREAS, an additional, related discovery motion was filed on February 14, 2008 (MR-
25
    GO PSLC Motion to Quash WGII Bea Subpoena in Barge and Contemporaneous Motion to Stay
26
    Production) that will not be fully briefed by the March 5, 2008 hearing date;
27
            WHEREAS, an additional, related discovery motion was filed on February 28, 2008
28

Case No. CV-08-80007 MISC                    STIPULATION AND PROPOSED ORDER
                                             CONSOLIDATING HEARINGS ON
                                             DISCOVERY MOTIONS TO APRIL 16, 2008

1  (WGII Cross-Motion to Compel Bea to Comply with WGII Bea Subpoena served in connection

2  with Barge litigation) and was noticed for hearing on April 16, 2008 at 10:00 a.m.;

3         WHEREAS, all these motions are related and the interests of efficiency and judicial

4
   economy warrant their consolidation into a single hearing;
5
6         WHEREAS, the Court has indicated April 16, 2008 is available for civil law and motion

7  hearings;

8         IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, that the

9  hearings on the various discovery motions detailed above are consolidated and scheduled for

10 hearing on April 16, 2008 at 10:00 a.m.

11

12 Dated:  February 29, 2008                        _____/s/ - Aaron L. Agenbroad_____
                                                  Aaron L. Agenbroad (State Bar No. 242613)
13                                                alagenbroad@jonesday.com
                                                  Jones Day
14                                                555 California Street
                                                  26th Floor
15                                                San Francisco, CA  94104-1500
                                                  Telephone:  (415) 626-3939
16                                                Facsimile:  (415) 875-5700

17                                                Attorneys for Washington Group
                                                  International, Inc., a division of URS
18                                                Corporation

19

20 Dated: February 29, 2008                        _____/s/ - Joseph C. Wilson_____
                                                  Joseph C. Wilson (State Bar No. 249027)
21                                                jwilson@cpmlegal.com
                                                  Cotchett, Pitre & McCarthy
22                                                San Francisco Airport Office Center
                                                  840 Malcom Road, Suite 200
23                                                Burlingame, CA 94010
                                                  Telephone:  (650) 997-6000
24                                                Facsimile:  (650) 692-0577

25                                                Attorneys for MR-GO Plaintiffs' Sub-Group
                                                  Litigation Committee
26

27

28

1

2    Dated: February 29, 2008                    /s/ - Christopher M. Patti
3                                           Christopher M. Patti
                                           Christopher.Patti@ucop.edu
4                                          University of California
                                           Office of the General Counsel
5                                          1111 Franklin Street, 8th Floor
                                           Oakland, California  94607-5200
6                                          Telephone:  (510) 987-9739
                                           Facsimile:  (510) 987-5757
7
                                           Attorney for U.C. Berkeley and Professors
8                                          Reimer, Seed, Pestana and Bray

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

The Court, having considered the above stipulation of the parties, and good cause appearing, hereby ORDERS:

1.      The hearings on the following discovery motions:

A)  the January 22, 2008 MR-GO PSLC Motion to Quash WGII ILIT Subpoena and Contemporaneous Motion to Stay Production;

B) the February 5, 2008 WGII Cross-Motion to Compel UC-Berkeley to Comply with WGII ILIT Subpoena served in connection with MR-GO litigation;

C) the February 14, 2008 MR-GO PSLC Motion to Quash WGII Bea Subpoena in Barge and Contemporaneous Motion to Stay Production; and

D) the February 28, 2008 WGII Cross-Motion to Compel Bea to Comply with WGII Bea Subpoena  served in connection with Barge litigation;

are hereby scheduled for a consolidated hearing on April 16, 2008 at 10:00 a.m.  The previously scheduled March 5, 2008 hearing is hereby vacated.

IT IS SO ORDERED.

Dated: _____

_____
HON. BERNARD ZIMMERMAN
United States Magistrate Judge