Aaron L. Agenbroad (State Bar No. 242613)
alagenbroad@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for WASHINGTON GROUP INTERNATIONAL, INC., A DIVISION OF URS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION**<br><br>**PERTAINS TO: MRGO**<br><br>**(PENDING IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AS CIVIL ACTION NO. 05-4182 "K" (2) BEFORE HON. STANWOOD R. DUVAL, JR.),**<br><br>**Defendant.** | Case No. MISC. NO. 08-CV-80007MISC (PJH)<br><br>**DECLARATION OF AARON L. AGENBROAD IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER CONSOLIDATING AND MOVING HEARINGS ON DISCOVERY MOTIONS**<br><br>Date:          March 5, 2008<br>Time:         10:00 a.m.<br>Courtroom: G, 15th Floor<br>Judge:        Hon. Bernard Zimmerman |

I, AARON L. AGENBROAD, declare as follows:

I am a member of the State Bar of California and am admitted to practice in this Court.  I am one of the counsel of record for Washington Group International, Inc. in the above captioned matter.  I make this declaration in support of the parties' Stipulation and [Proposed] Order Consolidating and Moving Hearings on Discovery Motions.

1. The Court has currently scheduled a hearing on the pending Discovery Motions (i.e. the January 22, 2008 MR-GO PSLC Motion to Quash WGII ILIT Subpoena and Contemporaneous Motion to Stay Production; and the February 5, 2008 WGII Cross-Motion to Compel UC-Berkeley to Comply with WGII ILIT Subpoena served in connection with MR-GO litigation) for

1  March 5, 2008 at 10:00 a.m.

2  2.     An additional, related discovery motion was filed on February 14, 2008 (MR-GO PSLC
3  Motion to Quash WGII Bea Subpoena in Barge and Contemporaneous Motion to Stay Production)
4  that will not be fully briefed by the March 5, 2008 hearing date.

5  3.     An additional, related discovery motion was filed on February 28, 2008 (WGII Cross-
6  Motion to Compel Bea to Comply with WGII Bea Subpoena served in connection with Barge
7  litigation) and was noticed for hearing on April 16, 2008 at 10:00 a.m.

8  4.     All of these motions are substantially related and the interests of efficiency and judicial
9  economy warrant their consolidation into a single hearing.

10 5.     There have been no prior time modifications involving these discovery motions.

11 6.     The requested shortening of time will not affect any broader schedule for this matter.

12       I declare under penalty of perjury under the laws of the United States and the State of
13 California that the foregoing is true and correct.

14       Executed on this 29th day of February, 2008 at San Francisco, California.

16                        /s/ - Aaron L. Agenbroad
                          Aaron L. Agenbroad

Case No. CV-08-80007 MISC                - 2 -         DECLARATION ISO STIPULATION
                                                       CONSOLIDATING HEARINGS ON DISCOVERY
                                                       MOTIONS TO APRIL 16, 2008