1  Aaron L. Agenbroad (State Bar No. 242613)
   alagenbroad@jonesday.com
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA 94104
   Telephone:    (415) 626-3939
4  Facsimile:    (415) 875-5700

5  Attorneys for WASHINGTON GROUP
   INTERNATIONAL, INC., A DIVISION OF URS
6  CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  **IN RE: KATRINA CANAL**              Case No. MISC. NO. 08-CV-80007MISC (PJH)
    **BREACHES CONSOLIDATED**
12  **LITIGATION**                        **CERTIFICATE OF SERVICE**

13
    **PERTAINS TO MR-GO**
14

15  **(PENDING IN THE UNITED STATES**
    **DISTRICT COURT FOR THE**
16  **EASTERN DISTRICT OF LOUISIANA**
    **AS CIVIL ACTION NO. 05-4182 "K"**
17  **(2) BEFORE HON. STANWOOD R.**
    **DUVAL, JR.,**
18

19

20

21

22

23

24

25

26

27

28

1    I, Elizabeth Evans, declare:

2    I am a citizen of the United States and employed in San Francisco County, California. I

3    am over the age of eighteen years and not a party to the within-entitled action. My business

4    address is 555 California Street, 26th Floor, San Francisco, California 94104. On February 29,

5    2008, I served a copy of the within document(s) on the **non-efilers** in this case:

6    **1.    STIPULATION AND [PROPOSED] ORDER CONSOLIDATING AND**

7    **MOVING HEARINGS ON DISCOVERY MOTIONS; AND**

8    **2.    DECLARATION OF AARON L. AGENBROAD IN SUPPORT OF**
     **STIPULATION AND [PROPOSED] ORDER CONSOLIDATING AND**

9    **MOVING HEARINGS ON DISCOVERY MOTIONS**

10   ☐    by transmitting via facsimile the document(s) listed above to the fax
          number(s) set forth below on this date before 5:00 p.m.

11

12   ☒    by placing the document(s) listed above in a sealed envelope with
          postage thereon fully prepaid, in the United States mail at San

13        Francisco, California addressed as set forth below.

14   ☐    by placing the document(s) listed above in a sealed Federal Express

15        envelope and affixing a pre-paid air bill, and causing the envelope to
          be delivered to a Federal Express agent for delivery.

16

17   ☐    by electronically delivering the document(s) listed above to the
          person(s) at the e-mail address(es) set forth below.

18

19   Joseph M. Bruno                              Ralph S. Hubbard, III
     (jbruno@jbrunolaw.com)                       Seth A. Schmeeckle
     Scott Joanen (scott@jbrunolaw.com)           Lugenbuhl, Wheaton, Peck, Rankin &b Hubbard
20   The Law Offices of Joseph M. Bruno           27th Floor, Pan American Life Center
     855 Baronne Street                           601 Poydras Street
21   New Orleans, Louisiana  70113                New Orleans, Louisiana  70130
     Telephone: (504) 525-1335
22   Facsimile: (504) 561-6775

23
     William D. Treeby
24   Heather S. Lonian
     Stone, Pigman, Walther, Wittman, LLC
25   546 Carondelet Street
     New Orleans, Louisiana  70130

26

27   I am readily familiar with the firm's practice of collection and processing correspondence

28   for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same

1  day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on

2  motion of the party served, service is presumed invalid if postal cancellation date or postage

3  meter date is more than one day after date of deposit for mailing in affidavit.

4      I declare that I am employed in the office of a member of the bar of this court at whose

5  direction the service was made.

6      Executed on February 29, 2008, at San Francisco, California.

7

8                                          *Elizabeth Evans*

9                                          Elizabeth Evans

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SFI-579288v1                          3            CERTIFICATE OF SERVICE FOR
                                                   NON-EFILERS 08-CV-80007MISC (PJH)