UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | No. C08-80007 MISC PJH (BZ)<br><br>**SCHEDULING ORDER** |

**IT IS HEREBY ORDERED** as follows:

1. Pursuant to the stipulation of the parties, a hearing on the various discovery motions is scheduled for **April 16, 2008 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

2. The hearing scheduled for **March 5, 2008 at 10:00 a.m.** remains on calendar. The court wishes to discuss a number of procedural and logistical issues with the parties.

Dated: March 3, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\KATRINA CANAL BREACHES LITIGATION\SCHEDULING ORDER.3.3.08.wpd

1