1  Aaron L. Agenbroad (State Bar No. 242613)
   alagenbroad@jonesday.com
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA  94104
   Telephone:     (415) 626-3939
4  Facsimile:      (415) 875-5700

5  Attorneys for WASHINGTON GROUP
   INTERNATIONAL, INC., A DIVISION OF URS
6  CORPORATION

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11 | **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | Case No. MISC. NO. 08-CV-80007MISC (PJH) |
   | --- | --- |
   | **PERTAINS TO: MRGO** | **REQUEST BY DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC. TO APPEAR TELEPHONICALLY AT STATUS HEARING** |
   | **(PENDING IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AS CIVIL ACTION NO. 05-4182 "K" (2) BEFORE HON. STANWOOD R. DUVAL, JR.),** | |
   | **Defendant.** | Date:        March 5, 2008<br>Time:        10:00 a.m.<br>Courtroom: G, 15th Floor<br>Judge:       Hon. Bernard Zimmerman |

19   Defendant Washington Group International, Inc., A Division Of URS Corporation

20 ("Washington Group") respectfully requests that it be permitted to appear telephonically at the

21 status hearing, scheduled for March 5, 2008, at 10:00 a.m.

22   Lead counsel for Washington Group, Adrian Wager-Zito,[1] resides in Washington, D.C.

23 and works out of that office.  Ms. Wager-Zito will appear in person for the hearing on discovery

24 motions on April 16, 2008.  In the interests of efficiency, and in light of the continuance of the

25 hearing on discovery motions to April 16, 2008, Washington Group respectfully requests

26 permission to attend the March 5, 2008 hearing by telephone.

27

28   [1] A *pro hac* application for Ms. Wagger-Zito is being filed today.

Case No. CV-08-80007 MISC
SFI-579382v1

REQUEST BY DEFENDANT
WASHINGTON GROUP INTERNATIONAL,
INC. TO APPEAR TELEPHONICALLY

1  Dated: March 4, 2008                                /S/ Aaron L. Agenbroad
                                                       Aaron L. Agenbroad

                                                       Attorneys for Washington Group
                                                       International, Inc., a division of URS
                                                       Corporation

Case No. CV-08-80007 MISC
SFI-579382v1
                                    - 2 -
REQUEST BY DEFENDANT
WASHINGTON GROUP INTERNATIONAL,
INC. TO APPEAR TELEPHONICALLY