1    Aaron L. Agenbroad (State Bar No. 242613)
     alagenbroad@jonesday.com
2    JONES DAY
     555 California Street, 26th Floor
3    San Francisco, CA  94104
     Telephone:    (415) 626-3939
4    Facsimile:    (415) 875-5700

5    Attorneys for WASHINGTON GROUP
     INTERNATIONAL, INC., A DIVISION OF URS
6    CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11   **IN RE: KATRINA CANAL BREACHES**          **Case No. MISC. NO. 08-CV-**
     **CONSOLIDATED LITIGATION**                **80007MISC (PJH)**
12
     **PERTAINS TO: MRGO**                      **[PROPOSED] ORDER GRANTING**
13                                              **REQUEST BY DEFENDANT**
     **(PENDING IN THE UNITED STATES**          **WASHINGTON GROUP**
14   **DISTRICT COURT FOR THE EASTERN**         **INTERNATIONAL, INC. TO**
     **DISTRICT OF LOUISIANA AS CIVIL**         **APPEAR TELEPHONICALLY AT**
15   **ACTION NO. 05-4182 "K" (2) BEFORE**      **STATUS HEARING**
     **HON. STANWOOD R. DUVAL, JR.),**
16                                              Date:      March 5, 2008
                      **Defendant.**            Time:      10:00 a.m.
17                                              Courtroom: G, 15th Floor
                                                Judge:     Hon. Bernard Zimmerman
18

19

20         Having reviewed the request of counsel for Defendant Washington Group International,

21   Inc., a Division Of URS Corporation ("Washington Group"), and good cause appearing,

22         IT IS HEREBY ORDERED THAT counsel for Defendant Washington Group may appear

23   telephonically at the Status Hearing on March 5, 2008.

24   IT IS SO ORDERED.

25   Dated: _____

26
                           _____
27                         HON. BERNARD ZIMMERMAN
                           United States Magistrate Judge
28