1  Aaron L. Agenbroad (State Bar No. 242613)
   alagenbroad@jonesday.com
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA  94104
   Telephone:    (415) 626-3939
4  Facsimile:    (415) 875-5700

5  Attorneys for WASHINGTON GROUP
   INTERNATIONAL, INC., A DIVISION OF URS
6  CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | Case No. MISC. NO. 08-CV-80007MISC (PJH) |
|---|---|
| **PERTAINS TO: MRGO** | [PROPOSED] ORDER GRANTING REQUEST BY DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC. TO APPEAR TELEPHONICALLY AT STATUS HEARING |
| **(PENDING IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AS CIVIL ACTION NO. 05-4182 "K" (2) BEFORE HON. STANWOOD R. DUVAL, JR.),** | |
| **Defendant.** | Date:       March 5, 2008<br>Time:       10:00 a.m.<br>Courtroom: G, 15th Floor<br>Judge:      Hon. Bernard Zimmerman |

   Having reviewed the request of counsel for Defendant Washington Group International, Inc., a Division Of URS Corporation ("Washington Group"), and good cause appearing,

   IT IS HEREBY ORDERED THAT counsel for Defendant Washington Group may appear telephonically at the Status Hearing on March 5, 2008.

IT IS SO ORDERED.   Counsel shall shall contact CourtCall, telephonic court appearances at 1-888-882-6878, and make arrangements for the telephonic conference call.

Dated: March 4, 2008

_____
HON. BERNARD ZIMMERMAN
United States Magistrate Judge

Case No. CV-08-80007 MISC
SFI-579385v1

[PROPOSED] ORDER GRANTING
REQUEST TO APPEAR TELEPHONICALLY