**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **03/05/2008**

**C08-80007 PJH MISC (BZ)**

**In re: Katrina Canal Breaches**

Attorneys: Pltf: Scott J. Joanen and Philip Gregory (telephonically)
  Def: Aaron Agenbroad and Adrian Wager-Zito (telephonically)
   3rd Party Witness - Christopher A. Patti

  Time: 10:00 a.m.

Deputy Clerk: **LASHANDA SCOTT**     Reporter: **Joan Columbini; 10:17-11:03**

**PROCEEDINGS:**   **RULING:**

1. Status Conference re Procedural and Logistical Issues    Matter Held
2. 

( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

**ORDERED AFTER HEARING:**

( XX ) ORDER TO BE PREPARED BY:   Plntf ___ Deft ___ Court  XX

( ) Referred to Magistrate For:

( ) CASE CONTINUED TO_____ for _____

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____ Deft to Name Experts by_____

P/T Conference Date_____ Trial Date_____ Set for _____ days
  Type of Trial: ( )Jury   ( )Court
Notes: _____