

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO: MRGO<br><br>(PENDING IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AS CIVIL ACTION NO. 05-4182 "K" (2) BEFORE HON. STANWOOD R. DUVAL, JR.),<br><br>**Defendant.** | Case No. MISC. NO. 08-CV-80007MISC (PJH)<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Adrian Wager-Zito, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is 51 Louisiana Avenue, N.W., Washington, D.C. 20001-2113, (202) 879-3939, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Washington Group International, Inc., a Division Of URS Corporation in the above-entitled action,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements

1  contained in General Order No. 45, Electronic Case Filing.

2

3  IT IS SO ORDERED.

4

5  Dated: 3/13/08

6

7  _____
   HON. BERNARD ZIMMERMAN
8  United States Magistrate Judge  Phyllis J. Hamilton
                                   District

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. CV-08-80007 MISC
SFI-579381v1                          - 2 -                PROPOSED ORDER GRANTING APPLICATION
                                                           FOR ADMISSION *PRO HAC VICE*