Aaron L. Agenbroad (State Bar No. 242613)
alagenbroad@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:   (415) 626-3939
Facsimile:     (415) 875-5700

Attorneys for WASHINGTON GROUP INTERNATIONAL, INC., A DIVISION OF URS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION**<br><br>**PERTAINS TO: MRGO**<br><br>**(PENDING IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AS CIVIL ACTION NO. 05-4182 "K" (2) BEFORE HON. STANWOOD R. DUVAL, JR.),**<br><br>**Defendant.** | Case No. MISC. NO. 08-CV-80007MISC (PJH)<br><br>**STIPULATION AND [PROPOSED] ORDER ADJUSTING SUPPLEMENTAL BRIEFING SCHEDULE**<br><br>Date:         April 16, 2008<br>Time:        10:00 a.m.<br>Courtroom: G, 15th Floor<br>Judge:       Hon. Bernard Zimmerman |

WHEREAS, the Court has currently scheduled a hearing on the pending Discovery Motions (i.e. the January 22, 2008 MR-GO PSLC Motion to Quash WGII ILIT Subpoena and Contemporaneous Motion to Stay Production; the February 5, 2008 WGII Cross-Motion to Compel UC-Berkeley to Comply with WGII ILIT Subpoena served in connection with MR-GO litigation; the February 14, 2008 MR-GO PSLC Motion to Quash WGII Bea Subpoena in Barge and Contemporaneous Motion to Stay Production; and the February 28, 2008 WGII Cross-Motion to Compel Bea to Comply with WGII Bea Subpoena served in connection with Barge litigation) for April 16, 2008 at 10:00 a.m.;

WHEREAS, the Court issued an Order on March 5, 2008, requiring supplemental briefing

on the discovery motions pursuant to a schedule (i.e. the Plaintiffs, University and Professor Bea to file a supplemental brief by March 21, 2008; Washington Group to file an opposition by March 31, 2008; any reply to be filed by April 7, 2008);

WHEREAS, the parties believe that they may be able to mutually resolve a majority, if not all, of the disputed issues involved in the discovery motions in the near future;

WHEREAS, an adjustment to the deadlines for the parties respective supplemental briefs may facilitate this mutual resolution;

WHEREAS, such an adjustment to the deadlines for the parties' briefs will not affect the April 16, 2008 hearing date, but will provide the parties with an opportunity to either obviate the need for that hearing or to substantially limit the number and/or scope of issues to be addressed at that hearing;

IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, that deadlines for the parties' respective supplemental briefs are as follows:

- The Plaintiffs, University and Professor Bea's supplemental briefs must be filed by March 26, 2008;
- Washington Group's opposition must be filed by April 2, 2008;
- Any reply brief must be filed by April 7, 2008

Dated:  March 20, 2008

      /s/ - Aaron L. Agenbroad
Aaron L. Agenbroad (State Bar No. 242613)
alagenbroad@jonesday.com
Jones Day
555 California Street
26th Floor
San Francisco, CA  94104-1500
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700

Attorneys for Washington Group International, Inc., a division of URS Corporation

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: March 20, 2008 | /s/ Joseph C. Wilson |
| | | Joseph C. Wilson (State Bar No. 249027) |
| 4 | | jwilson@cpmlegal.com |
| | | Cotchett, Pitre & McCarthy |
| 5 | | San Francisco Airport Office Center |
| | | 840 Malcom Road, Suite 200 |
| 6 | | Burlingame, CA 94010 |
| | | Telephone: (650) 697-6000 |
| 7 | | Facsimile: (650) 697-0577 |

Attorneys for MR-GO Plaintiffs' Sub-Group Litigation Committee

Dated: March 20, 2008                    /s/ - Christopher M. Patti

Christopher M. Patti
Christopher.Patti@ucop.edu
University of California
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, California 94607-5200
Telephone: (510) 987-9739
Facsimile: (510) 987-5757

Attorney for U.C. Berkeley and Professors Reimer, Seed, Pestana and Bray

# [PROPOSED] ORDER

The Court, having considered the above stipulation of the parties, and good cause appearing, hereby ORDERS:

1. The deadlines for the parties supplemental briefs are as follows:

- The Plaintiffs, University and Professor Bea's supplemental briefs must be filed by March 26, 2008;
- Washington Group's opposition must be filed by April 2, 2008; and
- Any reply brief must be filed by April 7, 2008.

IT IS SO ORDERED.

Dated: _____

HON. BERNARD ZIMMERMAN
United States Magistrate Judge