1   Aaron L. Agenbroad (State Bar No. 242613)
    alagenbroad@jonesday.com
2   JONES DAY
    555 California Street, 26th Floor
3   San Francisco, CA  94104
    Telephone:    (415) 626-3939
4   Facsimile:    (415) 875-5700

5   Attorneys for WASHINGTON GROUP
    INTERNATIONAL, INC., A DIVISION OF URS
6   CORPORATION

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  **IN RE: KATRINA CANAL**              Case No. MISC. NO. 08-CV-80007MISC (PJH)
    **BREACHES CONSOLIDATED**
12  **LITIGATION**                        **CERTIFICATE OF SERVICE**

13
    **PERTAINS TO MR-GO**
14

15  **(PENDING IN THE UNITED STATES**
    **DISTRICT COURT FOR THE**
16  **EASTERN DISTRICT OF LOUISIANA**
    **AS CIVIL ACTION NO. 05-4182 "K"**
17  **(2) BEFORE HON. STANWOOD R.**
    **DUVAL, JR.,**
18

19

20

21

22

23

24

25

26

27

28

SFI-579288v1

CERTIFICATE OF SERVICE FOR
NON-EFILERS 08-CV-80007MISC (PJH)

1    I, Sandra Altamirano, declare:

2    I am a citizen of the United States and employed in San Francisco County, California.  I

3  am over the age of eighteen years and not a party to the within-entitled action.  My business

4  address is 555 California Street, 26th Floor, San Francisco, California  94104.  On March 20,

5  2008, I served a copy of the within document(s) on the **non-efilers** in this case:

6

7  **1.    STIPULATION AND [PROPOSED] ORDER ADJUSTING SUPPLEMENTAL BRIEFING SCHEDULE**

8
9    ☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

10
11    ☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

12
13    ☐    by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to
14       be delivered to a Federal Express agent for delivery.

15    ☐    by electronically delivering the document(s) listed above to the person(s) at the e-mail address(es) set forth below.
16

17    Joseph M. Bruno                          Ralph S. Hubbard, III
      (jbruno@jbrunolaw.com)                   Seth A. Schmeeckle
18    Scott Joanen (scott@jbrunolaw.com)       Lugenbuhl, Wheaton, Peck, Rankin &b Hubbard
      The Law Offices of Joseph M. Bruno       27th Floor, Pan American Life Center
19    855 Baronne Street                       601 Poydras Street
      New Orleans, Louisiana  70113            New Orleans, Louisiana  70130
20    Telephone: (504) 525-1335
      Facsimile: (504) 561-6775
21
      William D. Treeby
22    Heather S. Lonian
      Stone, Pigman, Walther, Wittman, LLC
23    546 Carondelet Street
      New Orleans, Louisiana  70130
24

25    I am readily familiar with the firm's practice of collection and processing correspondence

26  for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same

27  day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on

28

SFI-579288v1                                2                    CERTIFICATE OF SERVICE FOR
                                                               NON-EFILERS 08-CV-80007MISC (PJH)

1   motion of the party served, service is presumed invalid if postal cancellation date or postage

2   meter date is more than one day after date of deposit for mailing in affidavit.

3       I declare that I am employed in the office of a member of the bar of this court at whose

4   direction the service was made.

5       Executed on March 20, 2008, at San Francisco, California.

6

7                                    _____
                                     Sandra Altamirano
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE FOR
NON-EFILERS 08-CV-80007MISC (PJH)