1   Aaron L. Agenbroad (State Bar No. 242613)
    alagenbroad@jonesday.com
2   JONES DAY
    555 California Street, 26th Floor
3   San Francisco, CA 94104
    Telephone:    (415) 626-3939
4   Facsimile:    (415) 875-5700

5   Attorneys for WASHINGTON GROUP
    INTERNATIONAL, INC., A DIVISION OF URS
6   CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  **IN RE: KATRINA CANAL BREACHES**          **Case No. MISC. NO. 08-CV-**
    **CONSOLIDATED LITIGATION**                 **80007MISC (PJH)**
12
    **PERTAINS TO: MRGO**                       **STIPULATION AND [~~PROPOSED~~]**
13                                              **ORDER ADJUSTING**
    **(PENDING IN THE UNITED STATES**           **SUPPLEMENTAL BRIEFING**
14  **DISTRICT COURT FOR THE EASTERN**          **SCHEDULE**
    **DISTRICT OF LOUISIANA AS CIVIL**
15  **ACTION NO. 05-4182 "K" (2) BEFORE**       Date:      April 16, 2008
    **HON. STANWOOD R. DUVAL, JR.),**           Time:      10:00 a.m.
16                                              Courtroom: G, 15th Floor
                    **Defendant.**              Judge:     Hon. Bernard Zimmerman
17

18          WHEREAS, the Court has currently scheduled a hearing on the pending Discovery

19  Motions (i.e. the January 22, 2008 MR-GO PSLC Motion to Quash WGII ILIT Subpoena and
20
    Contemporaneous Motion to Stay Production; the February 5, 2008 WGII Cross-Motion to
21
    Compel UC-Berkeley to Comply with WGII ILIT Subpoena served in connection with MR-GO
22
    litigation; the February 14, 2008 MR-GO PSLC Motion to Quash WGII Bea Subpoena in Barge
23
    and Contemporaneous Motion to Stay Production; and the February 28, 2008 WGII Cross-
24
    Motion to Compel Bea to Comply with WGII Bea Subpoena served in connection with Barge
25
    litigation) for April 16, 2008 at 10:00 a.m.;
26
            WHEREAS, the Court issued an Order on March 5, 2008, requiring supplemental briefing
27

28
    Case No. CV-08-80007 MISC                              STIPULATION AND PROPOSED ORDER
                                                           ADJUSTING SUPPLEMENTAL BRIEFING
                                                                                   SCHEDULE

on the discovery motions pursuant to a schedule (i.e. the Plaintiffs, University and Professor Bea to file a supplemental brief by March 21, 2008; Washington Group to file an opposition by March 31, 2008; any reply to be filed by April 7, 2008);

WHEREAS, the parties believe that they may be able to mutually resolve a majority, if not all, of the disputed issues involved in the discovery motions in the near future;

WHEREAS, an adjustment to the deadlines for the parties respective supplemental briefs may facilitate this mutual resolution;

WHEREAS, such an adjustment to the deadlines for the parties' briefs will not affect the April 16, 2008 hearing date, but will provide the parties with an opportunity to either obviate the need for that hearing or to substantially limit the number and/or scope of issues to be addressed at that hearing;

IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, that deadlines for the parties' respective supplemental briefs are as follows:

- The Plaintiffs, University and Professor Bea's supplemental briefs must be filed by March 26, 2008;

- Washington Group's opposition must be filed by April 2, 2008;

- Any reply brief must be filed by April 7, 2008

Dated:  March 20, 2008

_____/s/ - Aaron L. Agenbroad_____
Aaron L. Agenbroad (State Bar No. 242613)
alagenbroad@jonesday.com
Jones Day
555 California Street
26th Floor
San Francisco, CA  94104-1500
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700

Attorneys for Washington Group
International, Inc., a division of URS
Corporation

1

2

Dated: March 20, 2008

3
/s/ Joseph C. Wilson
Joseph C. Wilson (State Bar No. 249027)
4
jwilson@cpmlegal.com
Cotchett, Pitre & McCarthy
San Francisco Airport Office Center
5
840 Malcom Road, Suite 200
Burlingame, CA 94010
6
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577
7

8
Attorneys for MR-GO Plaintiffs' Sub-Group
Litigation Committee

9

10

11
Dated: March 20, 2008
/s/ - Christopher M. Patti
12
Christopher M. Patti
Christopher.Patti@ucop.edu
University of California
13
Office of the General Counsel
1111 Franklin Street, 8th Floor
14
Oakland, California  94607-5200
Telephone:  (510) 987-9739
15
Facsimile:  (510) 987-5757

16
Attorney for U.C. Berkeley and Professors
Reimer, Seed, Pestana and Bray
17

18

19

20

21

22

23

24

25

26

27

28

Case No. CV-08-80007 MISC

- 3 -

STIPULATION AND PROPOSED ORDER
ADJUSTING SUPPLEMENTAL BRIEFING
SCHEDULE

1

**[PROPOSED] ORDER**

2

The Court, having considered the above stipulation of the parties, and good cause

3

appearing, hereby ORDERS:

4

1.      The deadlines for the parties supplemental briefs are as follows:

5

6

· The Plaintiffs, University and Professor Bea's supplemental briefs must be filed by

7

March 26, 2008;

8

· Washington Group's opposition must be filed by April 2, 2008; and

9

· Any reply brief must be filed by April 7, 2008.

10

11

12

13

IT IS SO ORDERED.

14

15

Dated: __ March 21, 2008 ____

16

17

_____

18

HON. BERNARD ZIMMERMAN
United States Magistrate Judge

19

20



21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER
ADJUSTING SUPPLEMENTAL BRIEFING
SCHEDULE