Aaron L. Agenbroad (State Bar No. 242613)
alagenbroad@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700

Attorneys for WASHINGTON GROUP
INTERNATIONAL, INC., A DIVISION OF URS
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION**<br><br>**PERTAINS TO: MRGO**<br><br>**(PENDING IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AS CIVIL ACTION NO. 05-4182 "K" (2) BEFORE HON. STANWOOD R. DUVAL, JR.),**<br><br>**Defendant.** | Case No. MISC. NO. 08-CV-80007MISC (PJH)<br><br>**STIPULATION AND [PROPOSED] ORDER WITHDRAWING ALL DISCOVERY MOTIONS**<br><br>Date:      April 16, 2008<br>Time:     10:00 a.m.<br>Courtroom: G, 15th Floor<br>Judge:    Hon. Bernard Zimmerman |

WHEREAS, the Court has currently scheduled a hearing on the pending Discovery Motions (i.e. the January 22, 2008 MR-GO PSLC Motion to Quash WGII ILIT Subpoena and Contemporaneous Motion to Stay Production; the February 5, 2008 WGII Cross-Motion to Compel UC-Berkeley to Comply with WGII ILIT Subpoena served in connection with MR-GO litigation; the February 14, 2008 MR-GO PSLC Motion to Quash WGII Bea Subpoena in Barge and Contemporaneous Motion to Stay Production; and the February 28, 2008 WGII Cross-Motion to Compel Bea to Comply with WGII Bea Subpoena served in connection with Barge litigation (collectively the "Discovery Motions")) for April 16, 2008 at 10:00 a.m.;

WHEREAS, through mutual effort the Parties have resolved the outstanding issues and

documents responsive to Washington Group International, Inc.'s ("WGII") individual and organizational subpoenas have been produced;

WHEREAS, this mutual resolution has mooted the Discovery Motions and any need for the April 16, 2008 hearing;

IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, that the various Discovery Motions are hereby collectively withdrawn by the parties.

Dated: March 26, 2008

/s/ Aaron L. Agenbroad
Aaron L. Agenbroad (State Bar No. 242613)
alagenbroad@jonesday.com
Jones Day
555 California Street
26th Floor
San Francisco, CA 94104-1500
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Washington Group International, Inc., a division of URS Corporation

Dated: March 26, 2008

/s/ Joseph C. Wilson
Joseph C. Wilson (State Bar No. 249027)
jwilson@cpmlegal.com
Cotchett, Pitre & McCarthy
San Francisco Airport Office Center
840 Malcom Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Attorneys for MR-GO Plaintiffs' Sub-Group Litigation Committee

Case No. CV-08-80007 MISC

- 2 -

STIPULATION AND PROPOSED ORDER
WITHDRAWING DISCOVERY MOTIONS

| | |
|---|---|
| 1  Dated: March 26, 2008 | /s/ Christopher M. Patti |
| 2 | Christopher M. Patti |
|   | Christopher.Patti@ucop.edu |
|   | University of California |
| 3 | Office of the General Counsel |
|   | 1111 Franklin Street, 8th Floor |
| 4 | Oakland, California 94607-5200 |
|   | Telephone: (510) 987-9739 |
| 5 | Facsimile: (510) 987-5757 |
| 6 | Attorney for U.C. Berkeley and Professors Reimer, Seed, Pestana and Bray |

**[PROPOSED] ORDER**

The Court, having considered the above stipulation of the parties, and good cause appearing, hereby ORDERS that:

- the January 22, 2008 MR-GO PSLC Motion to Quash WGII ILIT Subpoena and Contemporaneous Motion to Stay Production;

- the February 5, 2008 WGII Cross-Motion to Compel UC-Berkeley to Comply with WGII ILIT Subpoena served in connection with MR-GO litigation;

- the February 14, 2008 MR-GO PSLC Motion to Quash WGII Bea Subpoena in Barge and Contemporaneous Motion to Stay Production;

- the February 28, 2008 WGII Cross-Motion to Compel Bea to Comply with WGII Bea Subpoena served in connection with Barge litigation; and

- any other associated motions or cross motions,

are hereby deemed withdrawn by the respective parties and the April 16, 2008 hearing date on these motions and cross motions is hereby VACATED.

IT IS SO ORDERED.

Dated: _____

HON. BERNARD ZIMMERMAN
United States Magistrate Judge