1  Aaron L. Agenbroad (State Bar No. 242613)
   alagenbroad@jonesday.com
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA 94104
   Telephone:    (415) 626-3939
4  Facsimile:    (415) 875-5700

5  Attorneys for WASHINGTON GROUP
   INTERNATIONAL, INC., A DIVISION OF URS
6  CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | IN RE: KATRINA CANAL                | Case No. MISC. NO. 08-CV-80007MISC (PJH)
   | BREACHES CONSOLIDATED               |
12 | LITIGATION                          | **CERTIFICATE OF SERVICE**

13
   PERTAINS TO MR-GO
14

15 (PENDING IN THE UNITED STATES
   DISTRICT COURT FOR THE
16 EASTERN DISTRICT OF LOUISIANA
   AS CIVIL ACTION NO. 05-4182 "K"
17 (2) BEFORE HON. STANWOOD R.
   DUVAL, JR.,
18

19

20

21

22

23

24

25

26

27

28

SFI-579288v1

CERTIFICATE OF SERVICE FOR
NON-EFILERS 08-CV-80007MISC (PJH)

1  I, Sandra Altamirano, declare:

2  I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. On March 26, 2008, I served a copy of the within document(s) on the **non-efilers** in this case:

1.  **STIPULATION AND [PROPOSED] ORDER WITHDRAWING ALL DISCOVERY MOTIONS**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by electronically delivering the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

| | |
|---|---|
| Joseph M. Bruno (jbruno@jbrunolaw.com) Scott Joanen (scott@jbrunolaw.com) The Law Offices of Joseph M. Bruno 855 Baronne Street New Orleans, Louisiana 70113 Telephone: (504) 525-1335 Facsimile: (504) 561-6775 | Ralph S. Hubbard, III Seth A. Schmeeckle Lugenbuhl, Wheaton, Peck, Rankin &b Hubbard 27th Floor, Pan American Life Center 601 Poydras Street New Orleans, Louisiana 70130 |

William D. Treeby
Heather S. Lonian
Stone, Pigman, Walther, Wittman, LLC
546 Carondelet Street
New Orleans, Louisiana 70130

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on

motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 26, 2008, at San Francisco, California.

*Sandra Altamirano*
Sandra Altamirano