1   Aaron L. Agenbroad (State Bar No. 242613)
    alagenbroad@jonesday.com
2   JONES DAY
    555 California Street, 26th Floor
3   San Francisco, CA  94104
    Telephone:    (415) 626-3939
4   Facsimile:     (415) 875-5700

5   Attorneys for WASHINGTON GROUP
    INTERNATIONAL, INC., A DIVISION OF URS
6   CORPORATION

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11  | IN RE: KATRINA CANAL BREACHES | Case No. MISC. NO. 08-CV-
    | CONSOLIDATED LITIGATION | 80007MISC (PJH) |
12
    | PERTAINS TO: MRGO | STIPULATION AND [PROPOSED] ORDER WITHDRAWING ALL DISCOVERY MOTIONS |
13
    | (PENDING IN THE UNITED STATES |
14  | DISTRICT COURT FOR THE EASTERN |
    | DISTRICT OF LOUISIANA AS CIVIL | Date:        April 16, 2008 |
15  | ACTION NO. 05-4182 "K" (2) BEFORE | Time:        10:00 a.m. |
    | HON. STANWOOD R. DUVAL, JR.), | Courtroom: G, 15th Floor |
16  | | Judge:       Hon. Bernard Zimmerman |
    | Defendant. |
17

18          WHEREAS, the Court has currently scheduled a hearing on the pending Discovery

19  Motions (i.e. the January 22, 2008 MR-GO PSLC Motion to Quash WGII ILIT Subpoena and

20  Contemporaneous Motion to Stay Production; the February 5, 2008 WGII Cross-Motion to

21  Compel UC-Berkeley to Comply with WGII ILIT Subpoena served in connection with MR-GO

22  litigation; the February 14, 2008 MR-GO PSLC Motion to Quash WGII Bea Subpoena in Barge

23  and Contemporaneous Motion to Stay Production; and the February 28, 2008 WGII Cross-

24  Motion to Compel Bea to Comply with WGII Bea Subpoena served in connection with Barge

25  litigation (collectively the "Discovery Motions")) for April 16, 2008 at 10:00 a.m.;

26          WHEREAS, through mutual effort the Parties have resolved the outstanding issues and

27

28

documents responsive to Washington Group International, Inc.'s ("WGII") individual and

organizational subpoenas have been produced;

WHEREAS, this mutual resolution has mooted the Discovery Motions and any need for

the April 16, 2008 hearing;

IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, that the

various Discovery Motions are hereby collectively withdrawn by the parties.


Dated:  March 26, 2008                        /s/ Aaron L. Agenbroad
                                  Aaron L. Agenbroad (State Bar No. 242613)
                                  alagenbroad@jonesday.com
                                  Jones Day
                                  555 California Street
                                  26th Floor
                                  San Francisco, CA  94104-1500
                                  Telephone:  (415) 626-3939
                                  Facsimile:  (415) 875-5700

                                  Attorneys for Washington Group
                                  International, Inc., a division of URS
                                  Corporation



Dated: March 26, 2008                         /s/ Joseph C. Wilson
                                  Joseph C. Wilson (State Bar No. 249027)
                                  jwilson@cpmlegal.com
                                  Cotchett, Pitre & McCarthy
                                  San Francisco Airport Office Center
                                  840 Malcom Road, Suite 200
                                  Burlingame, CA 94010
                                  Telephone:  (650) 697-6000
                                  Facsimile:  (650) 697-0577

                                  Attorneys for MR-GO Plaintiffs' Sub-Group
                                  Litigation Committee

1   Dated: March 26, 2008                       /s/ Christopher M. Patti

2                                 Christopher M. Patti
                                   Christopher.Patti@ucop.edu

3                                 University of California
                                 Office of the General Counsel

4                                 1111 Franklin Street, 8th Floor
                                 Oakland, California  94607-5200

5                                 Telephone:  (510) 987-9739
                                 Facsimile:  (510) 987-5757

6                                 Attorney for U.C. Berkeley and Professors
                                 Reimer, Seed, Pestana and Bray

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2      The Court, having considered the above stipulation of the parties, and good cause

3  appearing, hereby ORDERS that:

4
       • the January 22, 2008 MR-GO PSLC Motion to Quash WGII ILIT Subpoena and
5
           Contemporaneous Motion to Stay Production;
6

7      • the February 5, 2008 WGII Cross-Motion to Compel UC-Berkeley to Comply with

8           WGII ILIT Subpoena served in connection with MR-GO litigation;

9      • the February 14, 2008 MR-GO PSLC Motion to Quash WGII Bea Subpoena in

10          Barge and Contemporaneous Motion to Stay Production;

11
       • the February 28, 2008 WGII Cross-Motion to Compel Bea to Comply with WGII
12
           Bea Subpoena served in connection with Barge litigation; and
13

14     • any other associated motions or cross motions,

15  are hereby deemed withdrawn by the respective parties and the April 16, 2008 hearing date on

16  these motions and cross motions is hereby VACATED.

17
       IT IS SO ORDERED.
18

19

20  Dated: __ March 27, 2008 ____

21

22                                          _____
                                            HON. BERNARD ZIMMERMAN
23                                          United States Magistrate Judge

24

25  

26

27

28

Case No. CV-08-80007 MISC                                    STIPULATION AND PROPOSED ORDER
                                                             WITHDRAWING DISCOVERY MOTIONS